1

United States district court
northern district of indiana
hammond division at Lafayette

-FILED-
'JUN 11 2019
At _____
ROBERT N. TRGOVICH, Clerk — M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Rick Leslie -plaintiff / victim  4:19CV  60

fbi -Indianapolis ⟶ Abuser
federal bureau of investigation

defendant

The court has been provided a flash drive
which acts as my complaint. It is an audible
version of my complaint. To have typed out
that complaint in written form would have
been impossible due to police interference
on my computer.

I am asking the court for a court appointed attorney due to the enormity of the police operation against me and the debilitating effects it has had on my personal life. I might and might not be able to prove that I have contacted more lawyers since 2012 than any other person in the United States. "When you are in an abusive relationship you are constantly looking for a way out" I have had few conversations with lawyers. Most of my attempts to get an attorney interested in a potential case has been sent to their office in written form. My inability to pay for the legal service I think is my biggest problem. Police involvement seems to be a distraction or a deterrent in the eyes of attorneys.

When the police are involved there are a lot of assumptions involved. Recently I have reached out to some attorneys and I have even met with a couple. Both were contacted by the police or someone on behalf of the police before I shook their hand.     For me that creates a "No win" scenerio for me. It is confusing and discouraging.

---

I am fortunate to have an accountant that takes care of my taxes. There is a broker involved but I have never met him. My 2019 projected taxable income is 10,000 dollars. My accountant recently met with a health insurance organization in which he was able to prove this projected income an accurate assessment.

I am going to contact him and ask him to send the court something simular.

I understand that the court might not be capable of providing me an attorney at no cost. It might not be feasible or realistic via all of the rules and guidelines. I just know I'm up against the government itself and all of its unlimited resources not to mention I have ~~been~~ labeled with a mental disorder in which I am certain is a false analysis. I am at an unfair disadvantage. ~~I have tried to get legal Assistance~~

As mentioned earlier I have tried to get legal assistance. I am in no position to pay for legal services even if an attorney agreed to represent me.

No attorney has agreed to represent me one way or another.

Considering the enormity and the intensity of this police operation and the effects that it has had on me I believe legal assistance be it from an attorney and or the courts is my only way to take back control of my life from the police.

I don't think the police(s) interest in me has anything to do with a mental disorder I believe it has everything to do with someones need and desire to have

power and control over me. "It's an abusive relationship."

Some things have transpired that have caused several people and or entities involved to be confused if not down right pissed off. I am certain that someone on behalf of the police has voiced their disproval of me and who and what I am all about to members of the judicial system. This is an unfair disadvantage and it is unfair to me.

The police have went completely bonkers with their mental disorder theory. I am certain that they are improperly motivated. Nobody in America should be forced to endure the negative psychological effects of such a debilitating police operation.

To allow police to be judge jury and executioner is absurd.

---

The police do not have the right reasons to be on my computer, on my telephone, nor do they have the right reasons to be watching everything I do, everywhere I go using satellite technology.

I bet they can provide you with police report(s) stating good reasons. With the right attorney I believe I can prove those police reports invalid if not fabricated

The police are insisting that I have a mental disorder. It is my accurate assessment that they refuse to be wrong about their analysis. "Defiantly so"

The police have no business contacting every person that I come into contact with and or reach out to in an attempt to prevent me from developing much need romantic relationships.

※ The plaintiffs requirements for a claim

1) A short and plain statement of Jurisdiction.

I live in tippecanoe county. Lafayette Indiana.

I have no idea what a statement of jurisdiction is.

2) A short and plain statement of the claim.

The police have been in my face and or my personal space since October of 2012. Alot has transpired

I sent a flashdrive to the court which is an audible version of my complaint. I will never have an opportunity to tell my story. This 58 minute and 16 second audible is my story.

Everyone has heard the police(s) version of my life.    Nobody has heard my version.    My audio is my short and plain statement of the claim.

3)  A demand for judgement

I am not seeking any monetary damages.    I am seeking an injunction which is a legal and equitable remedy in the form of a special court order that compels a party to do or refrain from specific acts.

I have contacted the federal bureau of investigations in Indianapolis. I have sent them this same written statement along with the audible flashdrive.

I have served them. They are aware of my desire to take legal action against them.

---

I don't have the ability to pursue this legal matter technically speaking. If asked to do this or that I won't be able to do it. I'm talking about filing papers and motions properly etc.

12

I feel as if the police are more focused on me than any other person in the United States.

This has been and continues to be an enormous operation as a result.

One party is right and one party is wrong. That is why I believe an attorney is needed.

I believe the police are wasting time and money. And I believe that I am being cheated.

With or without an attorney on my behalf I am asking the court to get to the bottom of this much needed police operation.

Why is it really happening?
Who is responsible for it?
And why is it the police(s) number one focus in all of the United States of America?

Do the police really have the authority to do what they are doing to me    right or wrong in reference to their assertion that I suffer from some sort

of mental deficiency ?

Rick Leslie plaintiff
Pro se representation
When filing this complaint on
May 29 2019

3710 Nicholas Drive
Apt B1
one
boy
Lafayette IN.
47909

765 476 6832
9999 Leslie @ gmail. com

15.

I can pay 1,000 ⁰⁰ Dollars each month for six months for legal assistance in reference to this case. That 6,000 Dollars would cover any legal assistance or court costs. I don't want to be ~~held~~ held responsible for any of the defendants court costs and or legal fees.

Rick Leslie

May 29 2019